■ In the Matter of ARTHUR T. FARBER, Appellant, v CITY OF UTICA et al., Respondents. [813 NYS2d 689]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (John G. Ringrose, A.J.), entered April 27, 2005. The judgment denied petitioner's motion to dismiss the counterclaim and granted respondents' cross motion for summary judgment on the counterclaim.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Kehoe, Smith, Green and Pine, JJ.